UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAIQUAN K. FALLS,<br><br>                              Plaintiff,<br><br>           -against-<br><br>COUNTY OF ORANGE,<br><br>                              Defendants. | 23-CV-4528 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 31, 2023, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed *in forma pauperis* (IFP application) and prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff filed an amended complaint but has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the amended complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:   July 17, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge