UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIQUAN K. FALLS,

                Plaintiff,

  -against-

COUNTY OF ORANGE, ET AL,

                Defendants.

23-CV-4528 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 17, 2023
         New York, New York

                                                /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                         Chief United States District Judge